

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00300-CR

**JOE SEBASTIAN THOMAS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court
### Navarro County, Texas
### Trial Court No. 74390

## MEMORANDUM OPINION

Joe Sebastian Thomas pled guilty to the offense of Assault/Bodily Injury/Family Violence. Because the trial court's certificate of right of appeal that Thomas signed indicates Thomas has no right to appeal and has waived his right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006)

(plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that this appeal must be dismissed, Thomas may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if Thomas believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Thomas desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 26, 2018
Do not publish
[CR25]

